Eugene CHRISMAN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 43824.

Missouri Court of Appeals,
Western District.

May 28, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 27, 1991.

Application to Transfer Denied
Sept. 10, 1991.

David S. Durbin, Appellate Defender, Jeanne Haas McKenna, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Phillip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and
LOWENSTEIN and BRECKENRIDGE, JJ.

## ORDER

PER CURIAM.

Appeal from denial without an evidentiary hearing of a motion to vacate sentence and judgment under Supreme Court Rule 24.035.

Judgment affirmed.   Rule 84.16(b).